**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RODRIGUEZ-APONTE, VIRMARIE § | Case No. 09-75155 |
| § | |
| APONTE, VIRMARIE § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $20,601.00 *(without deducting any secured claims)* | Assets Exempt: $6,800.00 |
| Total Distribution to Claimants: $264.80 | Claims Discharged Without Payment: $41,893.08 |
| Total Expenses of Administration: $2,518.80 | |

3) Total gross receipts of $ 2,783.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,783.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $6,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,518.80 | 2,518.80 | 2,518.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 644.00 | 41,513.88 | 41,513.88 | 264.80 |
| **TOTAL DISBURSEMENTS** | $7,144.00 | $44,032.68 | $44,032.68 | $2,783.60 |

4) This case was originally filed under Chapter 7 on November 19, 2009. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2011          By: /s/JAMES E. STEVENS
                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mary Kay Inventory | 1129-000 | 1,391.50 |
| Scrapbooking Inventory | 1129-000 | 1,391.50 |
| Interest Income | 1270-000 | 0.60 |
| **TOTAL GROSS RECEIPTS** | | **$2,783.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Financial Illinois, Inc. | 4110-000 | 6,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$6,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 695.90 | 695.90 | 695.90 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 988.00 | 988.00 | 988.00 |
| Terry Firch | 3610-000 | N/A | 834.90 | 834.90 | 834.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **2,518.80** | **2,518.80** | **2,518.80** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,761.54 | 9,761.54 | 62.26 |
| 2 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 26,373.74 | 26,373.74 | 168.23 |
| 3 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 5,378.60 | 5,378.60 | 34.31 |
| NOTFILED | TNB-Visa | 7100-000 | 644.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 644.00 | 41,513.88 | 41,513.88 | 264.80 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-75155
**Case Name:** RODRIGUEZ-APONTE, VIRMARIE
**Period Ending:** 02/16/11

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 11/19/09 (f)
**§341(a) Meeting Date:** 12/29/09
**Claims Bar Date:** 05/18/10

| 1<br>Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Savings account and two checking accounts with U<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking and savings account with Langley Federa<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Money market TD Ameritrade<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous household goods and furnishing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 5 | Clothing<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Term policy with State Farm<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2003 Dodge Neon<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | Unknown | DA | 0.00 | FA |
| 8 | Mary Kay Inventory<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 5,000.00 | DA | 1,391.50 | FA |
| 9 | Scrapbooking Inventory<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 5,000.00 | DA | 1,391.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.60 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $20,601.00 | $11,200.00 | | $2,783.60 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 02/16/2011 12:35 PM   V.12.56

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-75155 | | Trustee: | (330420) | JAMES E. STEVENS |
|---|---|---|---|---|---|
| Case Name: | RODRIGUEZ-APONTE, VIRMARIE | | Filed (f) or Converted (c): | 11/19/09 (f) | |
| | | | §341(a) Meeting Date: | 12/29/09 | |
| Period Ending: 02/16/11 | | | Claims Bar Date: | 05/18/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    August 31, 2010         Current Projected Date Of Final Report (TFR):    September 16, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-75155 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ-APONTE, VIRMARIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*38-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*7685 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/10 | | Action Auctioneering | sale of scapbooking and Mary Kay items | | 2,783.00 | | 2,783.00 |
| | {8} | | sale of Mary Kay cosmetics   1,391.50 | 1129-000 | | | 2,783.00 |
| | {9} | | sale of scrapbooking materials   1,391.50 | 1129-000 | | | 2,783.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,783.01 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*3865 | Wire out to BNYM account 9200\*\*\*\*\*\*3865 | 9999-000 | -2,783.01 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -2,783.01 | 0.00 | |
| | | | **Subtotal** | | 2,783.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,783.01** | **$0.00** | |

{} Asset reference(s)  
Printed: 02/16/2011 12:35 PM   V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-75155 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ-APONTE, VIRMARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-65 - Money Market Account |
| Taxpayer ID #: | **-***7685 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | Wire in from JPMorgan Chase Bank, N.A. account ********3865 | 9999-000 | 2,783.01 | | 2,783.01 |
| 04/29/10 | 11001 | Terry Firch | commission for sale of personal property | 3610-000 | | 834.90 | 1,948.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 1,948.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 1,948.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,948.47 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 1,948.59 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,948.70 |
| 09/16/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 1,948.70 |
| 09/16/10 | | To Account #9200******3866 | tranfser to close money market account | 9999-000 | | 1,948.70 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,783.60 | 2,783.60 | $0.00 |
| | | | Less: Bank Transfers | | 2,783.01 | 1,948.70 | |
| | | | Subtotal | | 0.59 | 834.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.59 | $834.90 | |

{} Asset reference(s)                                                                                          Printed: 02/16/2011 12:35 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-75155 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | RODRIGUEZ-APONTE, VIRMARIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-66 - Checking Account |
| Taxpayer ID #: | **-***7685 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 02/16/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/10 | | From Account #9200******3865 | tranfser to close money market account | 9999-000 | 1,948.70 | | 1,948.70 |
| 11/24/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $988.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 988.00 | 960.70 |
| 11/24/10 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $695.90, Trustee Compensation; Reference: | 2100-000 | | 695.90 | 264.80 |
| 11/24/10 | 103 | Chase Bank USA, N.A. | Dividend paid 0.63% on $9,761.54; Claim# 1; Filed: $9,761.54; Reference: | 7100-000 | | 62.26 | 202.54 |
| 11/24/10 | 104 | Fia Card Services, NA/Bank of America | Combined Check for Claims#2,3 | | | 202.54 | 0.00 |
| | | | Dividend paid 0.63% on  168.23 $26,373.74; Claim# 2; Filed: $26,373.74 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.63% on  34.31 $5,378.60; Claim# 3; Filed: $5,378.60 | 7100-000 | | | 0.00 |

| | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | | 1,948.70 | 1,948.70 | $0.00 |
| Less: Bank Transfers | | 1,948.70 | 0.00 | |
| Subtotal | | 0.00 | 1,948.70 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $1,948.70 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****38-65 | 2,783.01 | 0.00 | 0.00 |
| MMA # 9200-******38-65 | 0.59 | 834.90 | 0.00 |
| Checking # 9200-******38-66 | 0.00 | 1,948.70 | 0.00 |
| | $2,783.60 | $2,783.60 | $0.00 |

{} Asset reference(s)    Printed: 02/16/2011 12:35 PM    V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
December 1 - December 31, 2010

09-75155
RODRIGUEZ-APONTE, VIRMARIE, DEBTOR
JAMES E STEVENS (0000330420)

## CHECKING ACCOUNT SUMMARY

Account No. 92000249483866

| | Instances | | Amount |
|---|---|---|---|
| **Beginning Balance** | | | $62.26 |
| Deposits and Additions | 0 | | $0.00 |
| Withdrawals | 1 | | $(62.26) |
| **Ending Balance** | 1 | ACCOUNT CLOSED | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/02 | CHECK # 0000000103 | $(62.26) | | $0.00 |
| **Totals** | | $(62.26) | $0.00 | |

## CHECKS PAID IN NUMERIC ORDER
(* Indicates a break in the check sequence)

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 103 | 12/02 | $62.26 | | | | | | |
| | | | | | | | Total Checks Paid: | $62.26 |

**As of December 31, 2010, the funds for this account were on deposit in the following institutions as shown below:**

Citi                                     $0.00
**Grand Total:**                    **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
December 1 - December 31, 2010

**09-75155**
**RODRIGUEZ-APONTE, VIRMARIE, DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000249483866 | | $62.26 | $0.00 |
| **Total** | | $62.26 | $0.00 |

### Important Information Regarding Your Account

JANUARY 17TH, MARTIN LUTHER KING, JR. DAY, IS A BANK HOLIDAY AND ANY BANKING TRANSACTIONS CONDUCTED THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. HOWEVER, THE BMS BANKING CENTER WILL BE AVAILABLE DURING NORMAL BUSINESS HOURS. THE BMS BANKING CENTER IS AVAILABLE MONDAY-FRIDAY FROM 8AM TO 8PM ET. PLEASE CALL US AT (800) 634-7734, OPTION 8 FOR ALL YOUR BANKING NEEDS.

**As of December 31, 2010, the funds for this case were on deposit in the following institutions as shown below:**

| | |
|---|---|
| Citi | $0.00 |
| **Grand Total:** | **$0.00** |